IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50861
Summary Calendar
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

    v.

RAMIRO RANGEL

        Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-02-CR-105-ALL-SS
--------------------
February 17, 2003

Before KING, Chief Judge, and WIENER and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Ramiro Rangel appeals his sentence following a guilty plea
conviction for one count of bank fraud.  Rangel argues that the
district court abused its discretion in making an upward
departure under § 2B1.1 of the Sentencing Guidelines.  Rangel
also asserts that the extent of the upward departure is
unreasonable.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The district court did not abuse its discretion, as it provided acceptable reasons for the departure and the degree of departure was reasonable.  See <u>United States v. Hefferon</u>, 314 F.3d 211, 227 (5th Cir. 2002).

AFFIRMED.